GERTRUDE M. LEYDEN, Respondent, *v.* BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Leyden* v. *Brooklyn Heights R. R. Co.*, 122 App. Div. 914, affirmed.
(Submitted December 1, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

December 9, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been sustained through the defendant's negligence.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Frank Herwig* and *J. Brownson Ker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.